Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

August 15, 2017


Marc A Pergament
Weinberg Gross & Pergament
400 Garden City Plaza
Suite 403
Garden City, NY 11530


RE:    Donna A. Knox
          Chapter 7
          Case Number: 17-72589
          SD&B File Number: 14-032660


Dear Mr. Pergament:

This letter confirms that our client, Nationstar Mortgage, LLC, has declined the short sale offer proposed by the Trustee.

After the Trustee's offer was submitted, Nationstar has advised that the current offer to Nationstar in the amount of $170,000.00, with a net payable to Nationstar in the amount of $141,000.00, does not represent the true value of Nationstar's lien on this property. Based on the most recent valuation from April 18, 2017, the proposed sale price represents less than half the value of the property. As such Nationstar cannot approve this offer.

Pursuant to the Court's direction at the July 13, 2017 hearing, Nationstar is submitting the order granting relief from the automatic stay to the Court contemporaneously with the filing of this letter.

Thank you

Very truly yours,


/s/Shari Barak
Shari S. Barak

cc:      Debtor
          Donna A. Knox
          37 Carman Boulevard
          Massapequa, NY 11758

ATTORNEYS AT LAW

Shari S. Barak, Member/Managing Attorney   Direct (631) 844-9611 ext. 3025   sbarak@logs.com
ROCHESTER OFFICE   175 Mile Crossing Boulevard   Rochester, NY 14624   PHONE (585) 247-9000   FAX (585) 247-7380

Attorney for Debtor
Ronald D. Weiss
734 Walt Whitman Road
Suite 203
Melville, NY 11747

Trustee
Marc A. Pergament
Weinberg, Gross & Pergament
400 Garden City Plaza
Suite 403
Garden City, NY 11530

U.S. Trustee
LI Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722